```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
 :
 :
In Re Application of JSC INGTORGSTROY,   :   1:22-mc-103-GHW
*For an Order Pursuant to 28 U.S.C. § 1782 to*   :
*Conduct Discovery for Use in Foreign Proceedings*   :   ORDER
 :
 :
 :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

On April 5, 2022, Applicant JSC "INGTORGSTROY" filed an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782. Dkt. No. 1. On April 14, 2022, Judge Parker granted that application. Dkt. No. 11. In light of Judge Parker's April 14, 2022 decision resolving the application that is the subject of this action, the Court orders that this matter be closed.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge